IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CRIMINAL NO. 22-00079-TFM |
| ) | |
| JASON CARL PEARS ) | |

**FINAL ORDER OF FORFEITURE**

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

A. Defendant's interest in real property located at 754 Marine Street, Mobile, AL;

B. Defendant's interest in real property located at 960 Dauphin Street, Mobile, AL;

C. $1,991.79 in funds from Robinhood Securities Account ending in 2473 in the name of Jason Pears;

D. $36.95 representing the contents held in J.P. Morgan Chase Bank account ending in 0800 in the name of Jason C. Pears;

E. $40.16 representing the contents held in Wells Fargo Bank account ending in 8920 in the name of Jason C. Pears and The Jason Made it Company.

The Court hereby finds that the motion is due to be **GRANTED**, for the reasons set forth therein and as set out below:

On October 25, 2022, the United States filed a motion for preliminary order of forfeiture for the property identified on page one. (Doc. 41, PageID.152-160). In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Counts One, Two and Six of the Indictment. On October 26, 2022, pursuant to 18 U.S.C. § 981(a)(1)(c) and 982(a)(2), 28 U.S. C. § 2461(c) and

*Fed. R. Crim. P. 32.2(b)*, the Court entered a preliminary order of forfeiture for the property identified on page one. (Doc. 46, PageID.170-173)

In accordance with the provisions of 21 U.S.C. § 853(n) and *Fed. R. Crim. P. 32.2(b)(6)*, the United States published notice of the forfeiture, and of its intent to dispose of the property identified on page one, on the official government website, www.forfeiture.gov, beginning on November 18, 2022, and ending on December 18, 2022. (Doc.58, PageID.216-220). The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to *Fed. R. Crim. P. 32.2(b)(4)(A)*, forfeiture of the property identified on page one became final as to the defendant, Jason Carl Pears, at the time of sentencing and was made a part of the sentence and included in the judgment. (Doc. 56, PageID.211)

Thus, the United States has met all statutory requirements for the forfeiture of the property identified on page one, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 981(a)(1)(c) and 982(a)(2), 28 U.S. C. § 2461(c) and *Fed. R. Crim. P. 32.2*, all right, title, and interest in the property identified on page one is **CONDEMNED, FORFEITED and VESTED** in the

United States for disposition according to law; and,

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency take the property identified on page one into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the property identified on page one and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency is hereby authorized to dispose of the property identified on page one in accordance with the law; and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 27th day of March 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE